NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Todd M. Friedman, Esq,
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone:(877)206-4741
Fax: (866) 633-0228

FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ATTORNEYS FOR: JAMES GUSMAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANN FOX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s),<br>v.<br><br>GALLUP, INC.<br><br>Defendant(s) | CASE NUMBER<br><br>CV 14 - 00163 - JFW (PC(4x))<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ANN FOX
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

ANN FOX — Plaintiff

GALLUP, INC. — Defendant

1/3/14
Date

Sign

Todd M. Friedman
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)