UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61747-CIV-ROSENBAUM

| | |
|---|---|
| KURT S. SOTO, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE GALLUP ORGANIZATION, INC., a Delaware corporation,<br><br>　　　　　Defendant.　　　　　　／<br>LAURIE C. MARR, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GALLUP, INC., a Delaware corporation,<br><br>　　　　　Defendant.　　　　　　／<br>ANN FOX, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GALLUP, INC., a Delaware corporation,<br><br>　　　　　Defendant.　　　　　　／ | **CLASS ACTION**<br><br>**DECLARATION OF FELICIA YU IN SUPPORT OF DEFENDANT GALLUP, INC.'S MOTION TO STAY LITIGATION PURSUANT TO PRIMARY JURISDICTION DOCTRINE**<br><br>Honorable Robin S. Rosenbaum |

I, Felicia Yu, declare as follows:

　　　1.　　I am a partner with Reed Smith LLP, attorney of record for defendant Gallup, Inc. in this action. I have personal knowledge of the facts set forth in this declaration. If called as a witness I could and would competently testify to these matters.

US_ACTIVE-116926173

2. On March 27, 2014, I accessed the Federal Communication Commission's website and obtained a copy of the following documents, true and correct copies of which are attached hereto:

a. *In the Matter of Communication Innovators' Petition for Declaratory Ruling*, CG Docket No. 02-278 (June 7, 2012).  A true and correct copy of this document is attached hereto as **Exhibit A**, and is available at http://apps.fcc.gov/ecfs/document/view?id=7021922048.

b. "Public Notice, Consumer and Governmental Affairs Bureau Seeks Comment on Petition for Declaratory Ruling from Communication Innovators, CG Docket No. 02-278" (October 16, 2012).  A true and correct copy of this document is attached hereto as **Exhibit B**, and is available at http://www.fcc.gov/document/cgb-seeks-comment-communications-innovators.

c. Reply Comments of Communication Innovators in *In the Matter of Communication Innovators Petition for Declaratory Ruling*, CG Docket No. 02-278 (November 30, 2012).  A true and correct copy of this document is attached hereto as **Exhibit C** and is available at http://apps.fcc.gov/ecfs/document/view?id=7022069938.

d. The copy of an exchange of correspondence between several members of Congress and the then FCC Chair (and the Acting chief of the Consumer and Governmental Affairs Bureau) that FCC posted on its website on September 27, 2013.  A true and correct copy of this document is attached hereto as **Exhibit D**, and is available at http://apps.fcc.gov/ecfs/comment/view?id=6017468750.

e. *In the Matter of YouMail, Inc.'s Petition for Expedited Declaratory Ruling,* CG Docket No. 02-278 (April 19, 2013).  A true and correct copy

of this document is attached hereto as **Exhibit E** and is available at http://apps.fcc.gov/ecfs/document/view?id=7022288462.

f. "FCC Public Notice, Consumer and Governmental Affairs Bureau Seeks Comment on Petition for Expedited Declaratory Ruling from YouMail, Inc. CG Docket No. 02-278" (June 25, 2013).  A true and correct copy of this document is attached hereto as **Exhibit F** and is available at http://apps.fcc.gov/ecfs/document/view?id=7520925055.

g. Reply Comments of YouMail, Inc. in *In the Matter of YouMail Inc.'s Petition for Expedited Declaratory Ruling*, CG Docket No. 02-278 (August 9, 2013).  A true and correct copy of this document is attached hereto as **Exhibit G** and is available at http://apps.fcc.gov/ecfs/document/view?id=7520937226.

h. *Professional Association for Customer Engagement's Petition for Expedited Declaratory Ruling and/or Expedited Rulemaking*, CG Docket No. 02-278 (October 18, 2013).  A true and correct copy of this document is attached hereto as **Exhibit H** and is available at http://apps.fcc.gov/ecfs/document/view?id=7520947489.

i. "FCC Public Notice, Consumer and Governmental Affairs Bureau Seeks Comment on Petition for Expedited Declaratory Ruling and/or Expedited Rulemaking from the Professional Association for Customer Engagement CG Docket No. 02-278" (November 19, 2013).  A true and correct copy of this document is attached hereto as **Exhibit I** and is available at http://www.fcc.gov/document/cgb-seeks-comment-petition-expedited-rulemaking-pace.

j. Comments from the United States Chamber of Commerce in *In the Matter of Application of Rules and Regulations Implementing the Telephone Consumer Protection Act: Professional Association for Customer*

of this document is attached hereto as **Exhibit E** and is available at http://apps.fcc.gov/ecfs/document/view?id=7022288462.

f. "FCC Public Notice, Consumer and Governmental Affairs Bureau Seeks Comment on Petition for Expedited Declaratory Ruling from YouMail, Inc. CG Docket No. 02-278" (June 25, 2013).  A true and correct copy of this document is attached hereto as **Exhibit F** and is available at http://apps.fcc.gov/ecfs/document/view?id=7520925055.

g. Reply Comments of YouMail, Inc. in *In the Matter of YouMail Inc.'s Petition for Expedited Declaratory Ruling*, CG Docket No. 02-278 (August 9, 2013).  A true and correct copy of this document is attached hereto as **Exhibit G** and is available at http://apps.fcc.gov/ecfs/document/view?id=7520937226.

h. *Professional Association for Customer Engagement's Petition for Expedited Declaratory Ruling and/or Expedited Rulemaking*, CG Docket No. 02-278 (October 18, 2013).  A true and correct copy of this document is attached hereto as **Exhibit H** and is available at http://apps.fcc.gov/ecfs/document/view?id=7520947489.

i. "FCC Public Notice, Consumer and Governmental Affairs Bureau Seeks Comment on Petition for Expedited Declaratory Ruling and/or Expedited Rulemaking from the Professional Association for Customer Engagement CG Docket No. 02-278" (November 19, 2013).  A true and correct copy of this document is attached hereto as **Exhibit I** and is available at http://www.fcc.gov/document/cgb-seeks-comment-petition-expedited-rulemaking-pace.

j. Comments from the United States Chamber of Commerce in *In the Matter of Application of Rules and Regulations Implementing the Telephone Consumer Protection Act: Professional Association for Customer*

*Engagement (PACE) Petition for Expedited Declaratory Ruling and/or Expedited Rulemaking,* CG Docket No. 02-278 (December 19, 2013). A true and correct copy of this document is attached hereto as **Exhibit J** and is available at http://apps.fcc.gov/ecfs/comment/view?id=6017481722.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 3rd day of April 2014 in Baton Rouge, Lousiana.

_____