UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-CV-61747-RSR

KURT S. SOTO, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC.,
a Delaware corporation,

    Defendant.
_____/

### PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' REQUEST TO DENY DEFENDANT'S MOTION FOR STAY PURSUANT TO THE PRIMARY JURISDICTION DOCTRINE

Plaintiff, KURT S. SOTO, through counsel, hereby notifies the Court of the following supplemental authority: Lardner v. Diversified Consultants, Inc., --- F.Supp.2d ----, 2014 WL 1778960 (S.D. Fla. May 1, 2014) (granting summary judgment in favor of plaintiff in TCPA action wherein call placed to cellular telephone played a prerecorded message) (Ungaro, J.). A copy of the aforesaid decision is attached hereto as **Exhibit A**. The aforementioned authority is being submitted in further support of the Plaintiffs' Request for Denial without prejudice [ECF No. 43] of Defendant's Motion to Stay pursuant to the primary jurisdiction doctrine [ECF No. 40]. The First Amended Complaint pending before this Honorable Court also alleges that Defendant utilizes an automatic telephone dialing system which, similar to the system at issue in Lardner, plays an automated message. [ECF No. 4; ¶¶ 8, 14, 22].[1] As admitted in Defendant's

---

[1] The Complaint in *Marr v. Gallup, Inc.*, Case No. 1:14-cv-20116-RSR (S.D. Fla. 2014) also alleges that Defendant used "an artificial or prerecorded voice" in an effort to contact Plaintiff Marr. [ECF No. 1; ¶ 15].

Motion for Stay, none of the pending petitions before the Federal Communication Commission seek to challenge whether prerecorded messages fall within the scope of the Telephone Consumer Protection Act. [ECF No. 40; p. 5]; *see also*, 47 U.S.C. 227(b)(1)(A)(iii) (the TCPA prohibits making "any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system *or an artificial or prerecorded voice* ... to any telephone number assigned to a ... cellular telephone service.") (emphasis added).

Respectfully submitted,

 *s/ Scott D. Owens*
Scott D. Owens, Esq.
*Attorney for Plaintiff and the Class*
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel:     954-589-0588
Fax:    954-337-0666
scott@scottdowens.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

 *s/ Scott D. Owens*
Scott D. Owens, Esq.