# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 0:13-CV-61747-RSR

KURT S. SOTO, an individual, on behalf of
himself and all others similarly situated,

     Plaintiff,

vs.

THE GALLUP ORGANIZATION, INC.,
a Delaware corporation,

     Defendant.

_____/

## PLAINTIFFS' NOTICE OF FILING SECOND SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' REQUEST TO DENY DEFENDANT'S MOTION FOR STAY PURSUANT TO THE PRIMARY JURISDICTION DOCTRINE

Plaintiff, KURT S. SOTO, through counsel, hereby notifies the Court of the attached second supplemental authority: Lardner v. Diversified Consultants, Inc., Case No. 13-cv-22751, ECF No. 48 (S.D. Fla. April 29, 2014) (denying motion for stay pursuant to primary jurisdiction doctrine and holding that "[t]he FCC has also ruled, and subsequently affirmed its ruling, that automated dialing systems that dial telephone numbers from a list of numbers constitute an "ATDS" under the TCPA.") (Ungaro, J.).  A copy of the aforesaid decision is attached hereto as **Exhibit A**.  The instigating motion from the defendant in Lardner is attached hereto as **Exhibit B**.[1]

Respectfully submitted,

 *s/ Scott D. Owens*
Scott D. Owens, Esq.

---

[1] It should be noted that the briefing in the Lardner action is nearly identical to the motion pending before this Honorable Court. [ECF No. 40].

*Attorney for Plaintiff and the Class*
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel:     954-589-0588
Fax:     954-337-0666
scott@scottdowens.com


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.


Respectfully submitted,

 *s/ Scott D. Owens*
Scott D. Owens, Esq.