FILING FEE
PAID $75.00
pro hac vice FLS000005196
Steven M. Larimore, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-20538-CIV-ROSENBAUM/HUNT

ANN FOX, on behalf of herself and all others similarly situated, )
)
Plaintiff, )
)
vs. )
)
GALLUP, INC. )
)
Defendant. )

FILED BY _____ D.C.
2014 MAY 16 PM 2:37
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Todd M. Friedman of the Law Offices of Todd M. Friedman, P.C., 369 S. Doheny Dr., #415, Beverly Hills, CA 90211, (877) 206-4741, for purposes of appearance as co-counsel on behalf of Plaintiff, Ann Fox in the above-styled case only, and pursuant to Rule 2B of the CM/ECF

Administrative Procedures, to permit Todd M. Friedman to receive electronic Filings in this case, and in support thereof states as follows:

1. Todd M. Friedman is not admitted to practice in the Southern District of Florida and is a member of good standing of the State Bar of California and the United States District Court, Central District of California.

2. Movant, Aaron D. Radbil, Esq. of the law firm of Greenwald Davidson PLLC, 5550 Glades Road, Suite 500, Boca Raton, FL 33431, (561) 826-5477, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Todd M. Friedman has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Todd M. Friedman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Todd M. Friedman at tfriedman@attorneysforconsumers.com.

WHEREFORE, Aaron D. Radbil, moves this Court to enter an Order allowing Todd M. Friedman to appear before this Court on behalf of Plaintiff, Ann Fox, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Todd M. Friedman.

Date: ~~April~~ May 8, 2014   Respectfully submitted,

By: _____
Aaron D. Radbil
Fla Bar ID 47117
aradbil@mgjdlaw.com
Greenwald Davidson PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Phone: 561-826-5477
Fax: 561-961-5684
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 14-20538-CIV-ROSENBAUM/HUNT

ANN FOX, on behalf of herself and all )
others similarly situated, )
)
Plaintiff, )
)
vs. )
)
GALLUP, INC. )
)
Defendant. )
_____ )

## CERTIFICATION OF TODD M. FRIEDMAN

Todd M. Friedman, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of The United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of California and the United States District Court, Central District of California.

_____
Todd M. Friedman

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by mail on May 8, 2014, on all counsel or all parties of record on the service list.

Aaron D. Radbil

Case 1:14-cv-20538-MGC   Document 42   Entered on FLSD Docket 05/19/2014   Page 5 of 8

**Case No. 14-20538-CIV-ROSENBAUM/HUNT**

SERVICE LIST

Abraham J. Colman
Felicia Y. Yu
Raagini Shah
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

Attorneys for Defendant
Gallup, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20538-CIV-ROSENBAUM/HUNT

ANN FOX, on behalf of herself and all )
others similarly situated, )
)
Plaintiff, )
)
vs. )
)
GALLUP, INC. )
)
Defendant. )
_____ )

ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Todd M. Friedman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

     The Motion is GRANTED.  Todd M. Friedman, may appear and participate in this action on behalf of Plaintiff, Ann Fox.  The Clerk shall provide electronic notification of all electronic filings to Todd M. Friedman, at tfriedman@attorneysforconsumers.com.

     DONE AND ORDERED in Chambers at_____, Florida, this _____day of _____.

_____
United States District Judge